727-523OBJ, APPEAL

## U.S. Bankruptcy Court
## Western District of Arkansas (Hot Springs)
### Adversary Proceeding #: 6:05-ap-07192
Internal Use Only 103123

*Assigned to:* Judge Ben T. Barry
*Related BK Case:* 05-76791
*Related BK Title:* William Scott Loye
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 426 Dischargeability 523

07-6054

*Date Filed:*

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 19 2007

CHRIS R. JOHNSON, CLERK
BY DC
DEPUTY CLERK

**Plaintiff**
-------------------

Travelhost, Inc.

represented by **Philip Bradley Montgomery**
THE FARRAR FIRM
135 Section Line Road, 3rd Floor
Hot Springs, AR 71913
(501) 525-3130
Fax : (501) 525-3933
Email: philip@frrwtrust.com
*LEAD ATTORNEY*

V.

**Defendant**
-------------------

**William Scott Loye**
PO Box 20572
Hot Springs, AR 71903
SSN: 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

represented by **Kimberly Wood Tucker**
WRIGHT, LINDSEY & JENNINGS
200 W. Capitol Ave., Ste. 2200
Little Rock, AR 72201-3699
(501) 371-0808
Fax : (501) 376-9442
Email: ktucker@wlj.com

**Marc Honey**
HONEY LAW FIRM
P.O. Box 1254
Hot Springs, AR 71902
(501) 321-1007
Fax : (501) 321-1255
Email: courtney@honeylawfirm.com

**U.S. Trustee**
-------------------

**U.S. Trustee (ust)**
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201
501.324.7357

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 07/02/2007 | 74 | Transcript of Trial on Complaint to Determine Dischargeability on April 18, 2007 (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc.) (Attachments: # 1 Attach# 2 Attach# 3 Attach# 4 Attach# 5 Attach# 6 Attach# 7 Attach) (Williams, Lisa) (Entered: 07/03/2007) |
| 07/02/2007 | 73 | Transcript of Hearing on Motion For Summary Judgment on October 31, 2006(RE: related document(s) 19 Motion for Summary Judgment, filed by Plaintiff Travelhost, Inc.) (Attachments: # 1 Attach# 2 Attach) (Williams, Lisa) (Entered: 07/03/2007) |
| 06/27/2007 | | Appellant Designation Deadlines terminated. (Williams, Lisa) (Entered: 06/27/2007) |
| 06/25/2007 | | Court Follow-Up Deadline Set for 07/20/2007 (RE: related document(s) 72 Appellee Designation, filed by Defendant William Scott Loye, 69 Appellant Designation, filed by Plaintiff Travelhost, Inc.) (Williams, Lisa) (Entered: 06/26/2007) |
| 06/25/2007 | 72 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Defendant William Scott Loye (RE: related document(s) 71 Notice of Appeal filed by Defendant William Scott Loye, 57 Notice of Appeal filed by Plaintiff Travelhost, Inc., 68 Appellant Designation, filed by Plaintiff Travelhost, Inc.) (Tucker, Kimberly) (Entered: 06/25/2007) |
| 06/25/2007 | | Remark: (RE: 71 Amended Notice of Appeal) Fee voided due to amended notice. (Waldroff, Karen) (Entered: 06/25/2007) |
| 06/25/2007 | 71 | Amended Notice of Appeal to District Court *(Cross-Appeal)*. Fee Amount $255 Filed by Defendant William Scott Loye (RE: related document(s) 54 Judgment) Appellant Designation due by 7/5/2007. (Tucker, Kimberly) (Entered: 06/25/2007) |
| 06/25/2007 | 70 | Notice of Appearance and Request for Notice filed by Kimberly Wood Tucker Defendant William Scott Loye. (Tucker, Kimberly) (Entered: 06/25/2007) |
| 06/25/2007 | 69 | Appellant Designation of Contents For Inclusion in Record On Appeal *Amended Designation of Record on Appeal* Filed by Plaintiff Travelhost, Inc. (RE: related document(s) 57 Notice of Appeal filed by Plaintiff Travelhost, Inc., 68 Appellant Designation, filed by Plaintiff Travelhost, Inc.) Appellee designation due by 7/5/2007. (Montgomery, Philip) (Entered: 06/25/2007) |
| 06/22/2007 | 68 | Appellant Designation of Contents For Inclusion in Record On Appeal *(Re-docketed from the main case to the AP)* Filed by Plaintiff Travelhost, Inc. (RE: related document(s) 67 Statement of Issues on Appeal filed by Plaintiff Travelhost, Inc.) (Williams, Lisa) (Entered: 06/25/2007) |
| 06/22/2007 | 67 | DISREGARD. SEE DOCUMENT NO. 68. Statement of Issues on Appeal *Designation of Record on Appeal (Re-docketed from the main case to the AP)* Filed by Plaintiff Travelhost, Inc. (Williams, Lisa) Modified on 6/25/2007 (Williams, Lisa). (Entered: 06/25/2007) |
| 06/17/2007 | 66 | BNC Certificate of Mailing(RE: related document(s) 64 Notice of Docketing Notice of Appeal filed by Defendant William Scott Loye) No. of Notices: 4. Service Date 06/17/2007. (Admin.) (Entered: 06/17/2007) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 06/15/2007 | 65 | BNC Certificate of Mailing(RE: related document(s) 59 Notice of Docketing Notice of Appeal filed by Plaintiff Travelhost, Inc.) No. of Notices: 4. Service Date 06/15/2007. (Admin.) (Entered: 06/16/2007) |
| 06/15/2007 | | CA Follow-up Deadlines terminated. (Miller, Shari) (Entered: 06/15/2007) |
| 06/15/2007 | 64 | Notice of Docketing Notice of Appeal. Filed by Defendant William Scott Loye (RE: related document(s) 61 Notice of Appeal filed by Defendant William Scott Loye) (Miller, Shari) (Entered: 06/15/2007) |
| 06/14/2007 | 63 | Election to Appeal to District Court *Statement of Election*. Filed by Defendant William Scott Loye (RE: related document(s) 61 Notice of Appeal filed by Defendant William Scott Loye) (Honey, Marc) (Entered: 06/14/2007) |
| 06/14/2007 | 62 | RECEIPT of Notice of Appeal(6:05-ap-07192) [appeal,ntcapl] ( 255.00) Filing Fee. receipt number 2039393, amount $ 255.00. (U.S. Treasury) (Entered: 06/14/2007) |
| 06/14/2007 | 61 | Notice of Appeal to District Court . Fee Amount $255 Filed by Defendant William Scott Loye (RE: related document(s) 54 Judgment) Appellant Designation due by 6/25/2007. (Honey, Marc) (Entered: 06/14/2007) |
| 06/13/2007 | 60 | RECEIPT of Notice of Appeal(6:05-ap-07192) [appeal,ntcapl] ( 255.00) Filing Fee. receipt number 2037991, amount $ 255.00. (U.S. Treasury) (Entered: 06/13/2007) |
| 06/13/2007 | 59 | Notice of Docketing Notice of Appeal. Filed by Plaintiff Travelhost, Inc. (RE: related document(s) 57 Notice of Appeal filed by Plaintiff Travelhost, Inc.) (Williams, Lisa) (Entered: 06/13/2007) |
| 06/13/2007 | | **Remark: Spoke with Elaine in Mr. Montgomery's office and she has already requested a copy of the transcript.** (Martindale, LaTrese) (Entered: 06/13/2007) |
| 06/13/2007 | 58 | Election to Appeal to District Court *Statement of Election*. Filed by Plaintiff Travelhost, Inc. (RE: related document(s) 57 Notice of Appeal filed by Plaintiff Travelhost, Inc.) (Montgomery, Philip) (Entered: 06/13/2007) |
| 06/13/2007 | 57 | Notice of Appeal to District Court . Fee Amount $255 Filed by Plaintiff Travelhost, Inc. (RE: related document(s) 54 Judgment) Appellant Designation due by 6/25/2007. (Montgomery, Philip) (Entered: 06/13/2007) |
| 06/08/2007 | | Order Due Deadlines terminated. (Williams, Lisa) (Entered: 06/08/2007) |
| 06/06/2007 | 56 | BNC Certificate of Mailing(RE: related document(s) 54 Judgment) No. of Notices: 3. Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/04/2007 | | Court Follow-Up Deadline Set to close ap. (Miller, Shari) (Entered: 06/04/2007) |
| 06/04/2007 | 55 | Disposition of Adversary. (Miller, Shari) (Entered: 06/04/2007) |
| 06/04/2007 | 54 | Judgment Entered Against William Scott Loye In Favor of Travelhost, Inc. For the Amount of $ 15,444.45(RE: related document(s) 1 Complaint filed by Plaintiff Travelhost, Inc.) Entered on 6/4/2007 (Miller, Shari) (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 05/30/2007 | | **Remark:** Chambers had teleconference with attorney's to work out terms of trial order. . (Littrell, Angela) (Entered: 05/30/2007) |
| 05/22/2007 | | Deadline(s) Reset order due to 05/29/2007 per Chambers. (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint filed by Defendant William Scott Loye) (Williams, Lisa) (Entered: 05/22/2007) |
| 04/30/2007 | 53 | Hearing Held (RE: Answer to Complaint - related document(s) 5) (Trial Held 4/18/07. For Defendant in part. Honey to submit order.)(Littrell, Angela) (Entered: 04/30/2007) |
| 04/30/2007 | 52 | Hearing Held (RE: Complaint - related document(s) 1) (Trial held 4/18/07. For Plaintiff in Part. Montomery to submit order)(Littrell, Angela) (Entered: 04/30/2007) |
| 03/14/2007 | 51 | BNC Certificate of Mailing(RE: related document(s) 48 Order on Motion to Continue/Reschedule Hearing, , , ) No. of Notices: 4. Service Date 03/14/2007. (Admin.) (Entered: 03/15/2007) |
| 03/14/2007 | 50 | BNC Certificate of Mailing(RE: related document(s) 47 Order, ) No. of Notices: 4. Service Date 03/14/2007. (Admin.) (Entered: 03/15/2007) |
| 03/14/2007 | 49 | BNC Certificate of Mailing(RE: related document(s) 44 Order on Motion To Reconsider, ) No. of Notices: 5. Service Date 03/14/2007. (Admin.) (Entered: 03/15/2007) |
| 03/12/2007 | 48 | Order Denying Motion To Continue Hearing Scheduled for April 18, 2007 at 9:30 a.m. in Hot Springs. Trial on the merits will proceed as scheduled. (Related Doc # 45 Motion to Continue Hearing, 5 Answer to Complaint, 1Complaint) Entered on Docket 3/12/2007 (Martindale, LaTrese) (Entered: 03/12/2007) |
| 03/12/2007 | 47 | Amended Order Denying Motion To Reconsider Order Denying Plaintiff's Motion for Summary Judgment Filed by Philip Bradley Montgomery. Trial on the merits is scheduled for April 18, 2007 at 9:30 a.m. in Hot Springs, AR. (RE: related document(s) 44) Entered on 3/12/2007 (Martindale, LaTrese) (Entered: 03/12/2007) |
| 03/10/2007 | 46 | BNC Certificate of Mailing - Hearing(RE: related document(s) 43 Hearing (Document) Sched/Cont/Resched, Hearing (Document) Sched/Cont/Resched) No. of Notices: 4. Service Date 03/10/2007. (Admin.) (Entered: 03/10/2007) |
| 03/09/2007 | 45 | Motion to Continue Hearing Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 43 Hearing (Document) Sched/Cont/Resched, Hearing (Document) Sched/Cont/Resched) (Montgomery, Philip) (Entered: 03/09/2007) |
| 03/08/2007 | 44 | Order Denying Motion To Reconsider Order Denying Plaintiff's Motion for Summary Judgment Filed by Philip Bradley Montgomery. Trial on the merits is scheduled for April 18, 2007 at 9:30 a.m. in Hot Springs, AR. (Related Doc # 41, 39) Entered on Docket 3/8/2007 (Martindale, LaTrese) (Entered: 03/08/2007) |
| 03/08/2007 | 43 | TRIAL ON THE MERITS Scheduled(RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint filed by Defendant William Scott Loye). Hearing scheduled for 4/18/2007 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 03/08/2007) |

| Date | Doc # | Description |
|---|---|---|
| 03/02/2007 | 42 | Response to *Motion for Reconsideration* (RE: related document(s)41 Motion to Reconsider filed by Plaintiff Travelhost, Inc.) Filed by Marc Honey on behalf of Defendant William Scott Loye (Honey, Marc) (Entered: 03/02/2007) |
| 02/20/2007 | 41 | Motion to Reconsider *Order Denying Plaintiff's Motion for Summary Judgment* Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (Montgomery, Philip) (Entered: 02/20/2007) |
| 02/08/2007 | 40 | BNC Certificate of Mailing(RE: related document(s) 39 Order on Motion For Summary Judgment, , , , , ) No. of Notices: 4. Service Date 02/08/2007. (Admin.) (Entered: 02/08/2007) |
| 02/06/2007 | 39 | Order Overruling Motion For Summary Judgment Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. Trial on the merits will be set by subsequent notice. (Related Doc # 19, 21, 28) Entered on Docket 2/6/2007 (Martindale, LaTrese) (Entered: 02/06/2007) |
| 12/21/2006 | 38 | Reply to *Defendant's Brief* (RE: related document(s)37 Brief filed by Defendant William Scott Loye) Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (Attachments: # 1 Exhibit Exhibit A) (Montgomery, Philip) (Entered: 12/21/2006) |
| 12/11/2006 | 37 | Brief and/or Memorandum of Law (RE: related document(s) 35 Brief, filed by Plaintiff Travelhost, Inc.) Filed by Marc Honey on behalf of Defendant William Scott Loye. (Honey, Marc) (Entered: 12/11/2006) |
| 12/11/2006 | 36 | Transcript RE: Hearing Held on 10/31/06. (RE: related document(s) 21 Motion for Summary Judgment, , filed by Plaintiff Travelhost, Inc., 19 Motion for Summary Judgment, filed by Plaintiff Travelhost, Inc., 28 Motion for Summary Judgment filed by Plaintiff Travelhost, Inc.) (Littrell, Angela) (Entered: 12/11/2006) |
| 11/20/2006 | 35 | Post-Hearing Brief (RE: related document(s) 28 Motion for Summary Judgment filed by Plaintiff Travelhost, Inc.) Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc.. (Montgomery, Philip) Modified on 11/21/2006 to reflect title of pleading. (Martindale, LaTrese). (Entered: 11/20/2006) |
| 11/04/2006 | 34 | BNC Certificate of Mailing(RE: related document(s) 33 Order on Motion to Expedite Hearing) No. of Notices: 4. Service Date 11/04/2006. (Admin.) (Entered: 11/04/2006) |
| 11/02/2006 | 33 | Order Denying Emergency Motion to Order Deposition by Telephonic Means Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (Related Doc # 24) Entered on Docket 11/2/2006 (Martindale, LaTrese) (Entered: 11/02/2006) |
| 11/01/2006 | 32 | Hearing Not Held (RE: Answer to Complaint - related document(s) 5) (Littrell, Angela) (Entered: 11/01/2006) |
| 11/01/2006 | 31 | Hearing Held (RE: *Motion for Summary Judgment* - related document(s) 19) (Held 10/31/06. UNDER ADVISEMENT 20/20/10. Court submit order.) (Littrell, Angela) (Entered: 11/01/2006) |
| 11/01/2006 | 30 | Hearing Not Held (RE: Complaint - related document(s) 1) (Trial was to be Held 10/31/06. Trial pending outcome of Summary Judgement.) (Littrell, Angela) (Entered: 11/01/2006) |

| | | |
|---|---|---|
| 10/31/2006 | ●29 | Amended Response to *Motion For Summary Judgment* (RE: related document(s)26 Response filed by Defendant William Scott Loye) Filed by Marc Honey on behalf of Defendant William Scott Loye (Attachments: # 1 Affidavit) (Honey, Marc) (Entered: 10/31/2006) |
| 10/31/2006 | ●28 | Motion For Summary Judgment *(Second Amended)* Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (Montgomery, Philip) (Entered: 10/31/2006) |
| 10/27/2006 | ●27 | Brief and/or Memorandum of Law *in Support of Response to Motion For Summary Judgment* (RE: related document(s) 19 Motion for Summary Judgment, filed by Plaintiff Travelhost, Inc., 26 Response filed by Defendant William Scott Loye) Filed by Marc Honey on behalf of Defendant William Scott Loye. (Attachments: # 1 Exhibit Final Judgment) (Honey, Marc) (Entered: 10/27/2006) |
| 10/27/2006 | ●26 | Response to *Motion For Summary Judgment* (RE: related document(s)19 Motion for Summary Judgment, filed by Plaintiff Travelhost, Inc.) Filed by Marc Honey on behalf of Defendant William Scott Loye (Honey, Marc) (Entered: 10/27/2006) |
| 10/26/2006 | ●25 | Motion to Continue Hearing Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 8 Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched, 20 Hearing (Document) Sched/Cont/Resched, 21 Motion for Summary Judgment,, filed by Plaintiff Travelhost, Inc., 16 Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched, [14] Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched) (Montgomery, Philip) (Entered: 10/26/2006) |
| 10/25/2006 | ●24 | Emergency Motion to Order Deposition by Telephonic Means Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (Attachments: # 1 Exhibit A) (Montgomery, Philip) Modified on 10/26/2006 to reflect title of pleading. (Martindale, LaTrese). (Entered: 10/25/2006) |
| 10/20/2006 | ●23 | BNC Certificate of Mailing - Hearing(RE: related document(s) 20 Hearing (Document) Sched/Cont/Resched) No. of Notices: 5. Service Date 10/20/2006. (Admin.) (Entered: 10/20/2006) |
| 10/20/2006 | ●22 | Notice to Take Deposition (Montgomery, Philip) (Entered: 10/20/2006) |
| 10/20/2006 | ●21 | Amended Motion For Summary Judgment *Brief in Support of Amended Motion for Summary Judgment and Statement of Undisputed Facts* Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc.) (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit A Part 3# 4 Exhibit A Part 4# 5 Exhibit A Part 5# 6 Exhibit A Part 6# 7 Exhibit A Part 7# 8 Exhibit A Part 8# 9 Exhibit A Part 9# (10) Exhibit A Part 10# 11 Exhibit B# 12 Exhibit C# 13 Exhibit D# 14 Exhibit # 15 Brief in Support of Amended Motion for Summary Judgment# 16 Statement Undisputed Facts) (Montgomery, Philip) (Entered: 10/20/2006) |
| 10/18/2006 | ●20 | Hearing Scheduled, Continued or Rescheduled(RE: related document(s) 19 Motion for Summary Judgment, filed by Plaintiff Travelhost, Inc.) Hearing scheduled for 10/31/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 10/18/2006) |
| 10/17/2006 | | Motion For Summary Judgment *and Brief in Support* Filed by Philip Bradley |

| | | |
|---|---|---|
| | 🔵 19 | Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc.) (Attachments: # 1 Brief in Support of Motion) (Montgomery, Philip) (Entered: 10/17/2006) |
| 06/21/2006 | 🔵 18 | Response to *Motion For Continuance* (RE: related document(s)13 Motion to Continue/Reschedule Hearing, filed by Plaintiff Travelhost, Inc.) Filed by Marc Honey on behalf of Defendant William Scott Loye (Honey, Marc) (Entered: 06/21/2006) |
| 06/14/2006 | 🔵 17 | BNC Certificate of Mailing - Hearing(RE: related document(s) 16 Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched) No. of Notices: 5. Service Date 06/14/2006. (Admin.) (Entered: 06/15/2006) |
| 06/13/2006 | | Motions terminated, hearing cont'd. (Martindale, LaTrese) (Entered: 06/13/2006) |
| 06/12/2006 | 🔵 16 | TRIAL on the merits - Continued or Rescheduled from 8/9/06. (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint filed by Defendant William Scott Loye) Hearing scheduled for 10/31/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 06/12/2006) |
| 06/12/2006 | 🔵 15 | Notice of Correction: DISREGARD. Continued from date incorrect.(RE: related document(s) [14] Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched) (Littrell, Angela) (Entered: 06/12/2006) |
| 06/12/2006 | 14 | TRIAL on the merits - Continued or Rescheduled from 6/14/06. (RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint filed by Defendant William Scott Loye) Hearing scheduled for 10/31/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 06/12/2006) |
| 06/12/2006 | 🔵 13 | Motion to Continue Hearing *scheduled 8/9/2006* Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 11 Hearing (Document) Sched/Cont/Resched, Hearing (Document) Sched/Cont/Resched) (Montgomery, Philip) (Entered: 06/12/2006) |
| 05/25/2006 | | Motions terminated, hearing cont'd. (Martindale, LaTrese) (Entered: 05/25/2006) |
| 05/05/2006 | 🔵 12 | BNC Certificate of Mailing - Hearing(RE: related document(s) 11 Hearing (Document) Sched/Cont/Resched, Hearing (Document) Sched/Cont/Resched) No. of Notices: 4. Service Date 05/05/2006. (Admin.) (Entered: 05/06/2006) |
| 05/03/2006 | 🔵 11 | TRIAL on the merits Rescheduled- rescheduled from 6/14/06.(RE: related document(s) 1 Complaint, filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint filed by Defendant William Scott Loye)TRIAL scheduled for 8/9/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 05/03/2006) |
| 04/19/2006 | 🔵 10 | Motion to Continue Hearing *set June 14, 2006* Filed by Philip Bradley Montgomery on behalf of Plaintiff Travelhost, Inc. (RE: related document(s) 8 Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched, Hearing (Case Owned) Sched/Cont/Resched) (Montgomery, Philip) (Entered: 04/19/2006) |
| 02/24/2006 | 🔵 9 | BNC Certificate of Mailing - Hearing(RE: related document(s) 8 Trial Scheduled on the merits(RE: related document(s) 1 426 (Dischargeability 523) **Complaint Objecting to Discharge and Alternative Motion to Dismiss** by Travelhost, Inc. |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|-----|---|
|            |     | against William Scott Loye. Fee Amount250 (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) AP Cover Sheet) (Montgomery, Philip) filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint *Objecting to Discharge and Alternative Motion to Dismiss* Filed by C. Marc Honey on behalf of Defendant William Scott Loye (Honey, C.) filed by Defendant William Scott Loye) Trial scheduled for 6/14/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela)) No. of Notices: 3. Service Date 02/24/2006. (Admin.) (Entered: 02/25/2006) |
| 02/22/2006 | 🔗 8 | Trial Scheduled on the merits(RE: related document(s) 1 426 (**Dischargeability 523**) **Complaint** *Objecting to Discharge and Alternative Motion to Dismiss* **by Travelhost, Inc. against William Scott Loye. Fee Amount250** (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) AP Cover Sheet) (Montgomery, Philip) filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint *Objecting to Discharge and Alternative Motion to Dismiss* Filed by C. Marc Honey on behalf of Defendant William Scott Loye (Honey, C.) filed by Defendant William Scott Loye) Trial scheduled for 6/14/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 02/22/2006) |
| 01/12/2006 | 🔗 7 | BNC Certificate of Mailing - Hearing(RE: related document(s) 6 PRE-TRIAL Hearing Scheduled(RE: related document(s) 1 426 (**Dischargeability 523**) **Complaint** *Objecting to Discharge and Alternative Motion to Dismiss* **by Travelhost, Inc. against William Scott Loye. Fee Amount250** (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) AP Cover Sheet) (Montgomery, Philip) filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint *Objecting to Discharge and Alternative Motion to Dismiss* Filed by C. Marc Honey on behalf of Defendant William Scott Loye (Honey, C.) filed by Defendant William Scott Loye) PRE-TRIAL Hearing scheduled for 2/7/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela)) No. of Notices: 4. Service Date 01/12/2006. (Admin.) (Entered: 01/13/2006) |
| 01/10/2006 | 🔗 6 | PRE-TRIAL Hearing Scheduled(RE: related document(s) 1 426 (**Dischargeability 523**) **Complaint** *Objecting to Discharge and Alternative Motion to Dismiss* **by Travelhost, Inc. against William Scott Loye. Fee Amount250** (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) AP Cover Sheet) (Montgomery, Philip) filed by Plaintiff Travelhost, Inc., 5 Answer to Complaint *Objecting to Discharge and Alternative Motion to Dismiss* Filed by C. Marc Honey on behalf of Defendant William Scott Loye (Honey, C.) filed by Defendant William Scott Loye) PRE-TRIAL Hearing scheduled for 2/7/2006 at 09:30 AM at Hot Springs Division. (Littrell, Angela) (Entered: 01/10/2006) |
| 01/06/2006 | 🔗 5 | Answer to Complaint *Objecting to Discharge and Alternative Motion to Dismiss* Filed by C. Marc Honey on behalf of Defendant William Scott Loye (Honey, C.) (Entered: 01/06/2006) |
| 12/12/2005 |     | 727-523 Objection to Discharge Flag Set. (Martindale, LaTrese) (Entered: 12/12/2005) |
| 12/12/2005 |     | Frederick S. Wetzel, and U.S. Trustee (ust) added to case. (Martindale, LaTrese) (Entered: 12/12/2005) |
| 12/12/2005 | 🔗 4 | Summons Service Executed on William Scott Loye (Montgomery, Philip) (Entered: 12/12/2005) |
| 12/09/2005 | 3   | RECEIPT of Complaint(6:05-ap-07192) [cmp,cmp] ( 250.00) Filing Fee. receipt number 1525446, amount $ 250.00. (U.S. Treasury) (Entered: 12/09/2005) |
|            |     |   |

| | | |
|---|---|---|
| 12/09/2005 | 2 | Summons Issued on William Scott Loye Answer Due 01/8/2006 (Montgomery, Philip) (Entered: 12/09/2005) |
| 12/09/2005 | 1 | 426 (Dischargeability 523) Complaint *Objecting to Discharge and Alternative Motion to Dismiss* by Travelhost, Inc. against William Scott Loye. Fee Amount250 (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 AP Cover Sheet) (Montgomery, Philip) (Entered: 12/09/2005) |

I hereby attest and certify on 7/13/2007 that the foregoing documents is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U. S. Bankruptcy Court
Eastern and Western Dist. of Ark.
By _____ Bankruptcy Deputy Clerk